AO 442 (Rev. 01/09) Arrest Warrant                                                                                          11542968

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) Case: 1:23-cr-00123 |
| v. | ) Assigned To : Moss, Randolph D. |
| Terrylle Blackstone | ) Assign. Date : 4/13/2023 |
|  | ) Description: Indictment (B) |
| _Defendant_ | ) Related Case: 23-cr-42 (RDM) |

U.S. MARSHAL-DC AM 10:4
RECEIVED APR 15 '23

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Terrylle Blackstone

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (Conspiracy)
18 U.S.C. § 1343 (Wire Fraud)
18 U.S.C. § 1341 (Mail Fraud)

Date: 04/13/2023

_Moxila A. Upadhyaya_ Digitally signed by Moxila A. Upadhyaya

_Issuing officer's signature_

City and state:   Washington, DC

MOXILA A. UPADHYAYA, UNITED STATES MAGISTRATE JUDGE

_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 4.15.2023, and the person was arrested on _(date)_ 5.05.2023
at _(city and state)_ Washington DC

Date: 5.05.2023

Alex Coh
_Arresting officer's signature_

Alex Adkins DUSM
_Printed name and title_